638

No. 164. PITCAIRN ET AL., RECEIVERS, *v.* WILD. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Homer Hall* for petitioners. *Messrs. Mark D. Eagleton* and *Roberts P. Elam* for respondent.

No. 165. BORIN CORPORATION, FORMERLY ZERO ICE CORP., *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Theodore Levin* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Hubert L. Will* for respondent.

No. 167. SONKEN-GALAMBA CORPORATION ET AL. *v.* BUTLER IRON & STEEL CO., INC. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. I. J. Ringolsky, Harry L. Jacobs,* and *Wm. G. Boatright* for petitioners. *Messrs. Maurice J. O'Sullivan* and *David R. Milsten* for respondent.

No. 172. BRIGHAM YOUNG UNIVERSITY *v.* LILLYWHITE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Robert L. Judd, Paul H. Ray,* and *S. J. Quinney* for petitioner. *Mr. Calvin W. Rawlings* for respondent.

No. 173. MASON, TRUSTEE IN BANKRUPTCY, *v.* WYLDE ET AL. October 13, 1941. Petition for writ of certiorari to the Superior Court, Worcester County, Massachusetts,